## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUTO SISION, INC. et al. | : | CIVIL ACTION |
| | : | NO. 18-5391 |
| v. | : | |
| | : | |
| WELLS FARGO d/b/a WELLS | : | |
| FARGO BANK, N.A. and | : | |
| WELLS FARGO d/b/a | : | |
| WELLS FARGO & COMPANY | : | |

**ORDER**

AND NOW, this 25TH day of **April 2019**, upon consideration of Defendant's Motion to Dismiss (ECF No. 2), Plaintiffs' Response thereto (ECF No. 3), and Defendant's Reply in support of its Motion to Dismiss (ECF No. 4), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss (ECF No. 2) is **GRANTED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

FILED
( 2 5 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

1